1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
   ~~1420 E. Cooley Dr., Suite 100~~
3  ~~Colton, California 92324~~
4  ~~Telephone: (909) 796-4560~~
   ~~Facsimile: (909) 796-3402~~
5  ~~E-Mail: fed.latour@yahoo.com~~
6
7  Attorney for Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FREEMAN LYONS, | No. EDCV 12-00326 AN |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the terms of the stipulation.

DATE: November 16, 2012

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE